**United States District Court**
For the Northern District of California

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTEAGA LORENZO, | No. C 09-02356 JF (PR) |
| Plaintiff, | ORDER GRANTING EXTENSION OF TIME TO FILE COMPLAINT OR PETITION |
| v. | |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Defendant. | |

    Plaintiff filed a "notice of removal" transferring this action from Santa Clara County Superior Court on May 28, 2009. Plaintiff did not submit a complaint or petition, so on the same day, the Clerk sent Plaintiff a notice directing him to file a complaint or petition within thirty days or the action would be dismissed. (See Docket No. 2.) Plaintiff was also separately notified that his In Forma Pauperis Application, (Docket No. 3), was insufficient because he did not use the correct form. (See Docket No. 4.) On June 18, 2009, Plaintiff filed an in forma pauperis application using the correct form, (Docket No. 5), but to date has not filed a complaint or petition.

    In the interest of justice, Plaintiff will be granted an extension of time to file a complaint or petition using the court forms. Plaintiff shall file a complaint or petition within

1   **thirty (30) days** from the date of this order. The Court will rule on Plaintiff's motion for
2   leave to proceed <u>in</u> <u>forma</u> <u>pauperis</u> after Plaintiff has filed a complaint or petition.
3       The Clerk shall enclose copies of the court's form complaint and petition with a copy
4   of this order to Plaintiff.
5       IT IS SO ORDERED.
6   Dated: 8/17/09

JEREMY FOGEL
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ARTEAGA LORENZO,

    Plaintiff,

v.

PEOPLE OF THE STATE OF CALIFORNIA,

    Defendant.

Case Number: CV09-02356 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 8/28/09, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Arteaga Lorenzo 08057882
Santa Clara County Jail
885 N. San Pedro Street
San Jose, CA 95110

Dated: 8/28/09

Richard W. Wieking, Clerk